HOWARD A. SLAVITT (State Bar No. 172840)
SKYE LANGS (State Bar No. 287908)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone:   415.391.4800
Facsimile:   415.989.1663
Email:       ef-has@cpdb.com
             efilingSDL@cpdb.com

RACHEL L. SCHALLER (*Pro Hac Vice* Pending)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone:   312.527.4000
Email:       schaller@taftlaw.com

Attorneys for Defendant
HICKORY FARMS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA,

## OAKLAND DIVISION

| | |
|---|---|
| JUAN ALCAZAR, an individual<br><br>        Plaintiff,<br><br>   v.<br><br>HICKORY FARMS, LLC,<br><br>        Defendant. | Case No. 4:20-cv-02029-JST<br><br>**DEFENDANT HICKORY FARMS, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15**<br><br>Judge:  Honorable Jon S. Tigar<br><br>Action Filed:  March 23, 2020<br>Trial Date:    Not set |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that
2  Hickory Farms, LLC is a wholly owned subsidiary of Hickory Farms Holdings, LLC.
3  Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed
4  persons, associations of persons, firms, partnerships, corporations (including parent corporations)
5  or other entities (i) have a financial interest in the subject matter in controversy or in a party to the
6  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
7  substantially affected by the outcome of this proceeding:  Hickory Farms Holdings, LLC.

9  DATED: May 18, 2020                    COBLENTZ PATCH DUFFY & BASS LLP

11                                        By:   /s/ Skye Langs
                                                SKYE LANGS

                                          Attorneys for Defendant
                                          HICKORY FARMS, LLC

15  55555.001 4838-8399-9676.1

Case No. 4:20-cv-02029-JST
HICKORY FARMS, LLC'S CERTIFICATION OF INTERESTED ENTITIES